RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 0 1 2026

DANIEL J. McCOY, CLERK

BY:_____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Tyrail Gilliams
_____
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO.    **6:26-cv-1039 SEC P**

versus

SECTION

Iberia Parish Police
Department
_____
_____
_____
_____

Print the full name of all defendants in this
action.
**DO NOT WRITE** *et al.*

COMPLAINT

I.      Previous Lawsuits

    A.      Have you begun other lawsuits in state or federal court dealing with the same facts involved
        in this action or otherwise relating to your imprisonment?
        Yes ☑  No ☐

B.    If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to the previous lawsuit

        Plaintiffs   _Medical negligents/slip and fall_
                       _Iberia parish Jail_

        Defendants   _____

    2.    Court (If federal court, name of the district court; if state court, name the parish.)

    3.    Docket Number _____

    4.    Name of judge to whom case was assigned _____

    5.    Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

        _Still Pending_

    6.    Approximate date of filing lawsuit _3-18-26_

    7.    Approximate date of disposition _____

C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ☐ No ☑

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____
_____

II.    PLACE OF PRESENT CONFINEMENT: _Iberia parish Jail_

A.    Is there a prisoner grievance procedure in this institution?
Yes ☑ No ☐

B.    Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ☐ No ☑

C.    If your answer is "yes",

    1.    Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

_Deadly force / medical negligents / cruel & unusual p punishment_

2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D.    If your answer is NO, explain why you have not done so: _This is dealing with the police force im up against power, they are Redirecting my mail lawyers are scared to take the case_

## III. Parties

(In item A below, complete the following information.  Do the same for additional plaintiffs, if any.)

A.    Full Name of Plaintiff
(First - Middle - Last) _Tyrail Gilliams_

Prisoner Number _2400006263_

Address _Iberia Parish Jail / 3615 Broken Arrow Rd_

Date of Birth _7-26-90_

Date of Arrest _2-9-26_

Date of Conviction _not convicted_

III. A (continued) - ADDITIONAL PLAINTIFFS    In Re:_____

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1)    I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.    Defendant _Jacob Reseaux_ is employed as _Seargant Reseaux_ at _Iberia Parish Police department_

Address for service: _____

C.    Defendant _____ is employed as _____
      at _____
Address for service: _____

D.    Defendant _____ is employed as _____
      at _____
Address for service: _____

E.    Defendant _____ is employed as _____
      at _____
Address for service: _____

F.    Defendant _____ is employed as _____
      at _____
Address for service: _____

G.    Defendant _____ is employed as _____
      at _____
Address for service: _____

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

The Police force every officer present on the day of the arrest on 2-9-26 their is no way for me to get All of their names without knowing what im doing lawyers are scared to take the case

4

# Complaint #1 Deadly force

On this exact date 2-9-2026 I Tyrail Gilliams was a 519 Sofas St to my mothers house spending time with my son, my neices and nephews, my wife and Dad, I was in my mothers wash room so I spotted them b4 they set eyes on me their were about 10-to 12 police units, they hopped out with their guns drawn before seeing me, for which I was only wanted for F.T.A for missing a courtdate on January 8, I was not labled armed and dangerous! So which I knew in my heart that they're approach was to accessive for a missed courtdate! I was scared for my life so I ran, And now that they had eyes on me it was a chase and the only thing that these officers were screaming were stop we're going to "kill you" and in those exact words, So I kept running and they kept screaming we are going to kill you, So I kept running and I heard what I knew was shots from a gun 3 to 4 to be exact, So I started looking back as I was running and I started ducking and looking for the nearest yard to try and make it back to my moms street, because these police officers were trying to kill me. So I made it to the tracks that runs into my moms street and I Jumped A huge fence, and a few more after that. In the process of jumping fences I busted My hand wide open, but do to the blood loss I could not keep running so I threw my hands up and dropped to my knees then I was detained by officers!

# Complaint #2 medical negligents/cruel and usual Punishment

They handcuffed me and didn't have any choice but to notice my severe wound that was bleed profusely, no paramedic was called to the scene and even if they called it in no one waited for the paramedics to arrive they took me straight to the division on maine st they placed me in a cell in cuffs while I was still bleeding out, then they came in and made me take off my all in one navy blue jumpsuit for some strange Reason, I thought it was to put the shackles on, but they retrieved the jumpsuit And

Pg#2 to Complaint #2 medical negligents/ cruel and unusual punishment
did not give it back which was strange! then placed me in an interrogation room and handcuffed my wounded hand to a chair for minutes while I bleed out; then I was transported to Iberia medical hospital where I was given a technus shot my hand was xrayed And 5 stitches were placed in my left hand, the nurse that was taking the Medic report asked officer Jacob Reseaux was any other exessive force used And Jacob Reseaux replied that I was shot with a Tazer 4 times And that the police Removed the prongs their self, but no prongs ever entered my body and none were removed. I was being taunted by officer Reseaux about my sisters, And for some strange reason he Just kept saying that he was a marksman, I made a scene at the hospital and told every one that I did not wanna be transported by officer reseaux because they made the African american officer that transported me leave for some reason So I was transported by a Caucasion woman who transported me by to Main St to retrieve property that was taken like my wallet with 40 plus dollars, my I.b and bank card, She took me out the unit and upon taking me out she Asked why was I placed in the unit side ways and I replied that I didn't know, upon taking me out Jacob Reseaux come out of the building and whispered something in her ear and she placed me back in the unit which I was left in the unit for a few minutes at night unattended so I started screaming for help because I felt something wasn't right She then returned with my wallet but not my all in one Jump suit for which she stated that officer Reseaux stated that it had Rips in it. I was then transported to Iberia parish Jail without it!

Tyrail Williams

V.     Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases
or statutes.)

I want to be Compensated for my pain and Suffering, for the trauma it Caused me. im Shell shock now. My mom had a Panic Attack they thought I was killed, And Every officer present that day that didnt report those gun shots to be held accountable even if they were not the Shooter and I also have an eye wittness

VI. Plaintiff's Declaration

1)     I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)     I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)     I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)     I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___24___ day of ___March_____, 20_26_.


_____
(Signature of Plaintiff)

04/2006

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE TO PRO SE PETITIONERS IN CUSTODY

Instructions for filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983.

If you are filing, or plan to file, a complaint in this court, please be advised that:

1.    **The law requires that you pay the cost of filing a complaint, which is $400.00. If you cannot pay this amount in its entirety, you may ask the court to allow you to proceed as a pauper. HOWEVER, EVEN IF YOU ARE ALLOWED TO BRING A CIVIL ACTION AS A PAUPER, YOU ARE STILL REQUIRED TO PAY THE FULL AMOUNT OF THE FILING FEE. The court will assess and, when funds exist, collect, as partial payment of any court fees, an initial partial filing fee of 20 percent of the greater of 1) the average monthly deposits to your account or 2) the average monthly balance in your account for the 6-month period immediately preceding the filing of the complaint. After payment of the initial filing fee, you are required to make monthly payments of 20 percent of the preceding month's income credited to your account. The agency having custody of you shall withhold and forward payments from your account to the clerk of the court until the filing fee is paid in full.**

An application to proceed as a pauper is attached to the complaint form. In addition, if you apply for pauper status, you must submit a certified copy of your inmate account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint obtained from the appropriate official of each prison at which you are or were confined during that period.

2.    Your complaint must be on approved forms or substantially in conformity therewith.

3.    You must file an original and one copy of your complaint for each defendant. All copies must be identical to the original.

4.    The names of all parties must be listed on the front of your complaint as well as in Part III of your complaint. The names of all parties must be listed in both places exactly the same.

5.    If more than one plaintiff is listed, each plaintiff must provide, on a separate sheet, his or her full name, prisoner number, address, date of birth, date of arrest, date of conviction, and signature.

6.    Your complaint should not contain legal arguments or citations. You are required to give facts.

7.    Do not include exhibits with your complaint. If you do they will be returned to you. Any exhibits may be submitted at the time of hearing or trial.

8.    You must file with your complaint a list and description of all cases you have filed in any federal court previously. Give the case number, section, magistrate judge number, and title of each case. State for each listed case whether it is directly related to the new complaint you are filing.

9.    All pleadings and other papers submitted for filing shall be on 8½" X 11" paper, double spaced, and legibly handwritten or typed. On the first page of each document, the top margin must be 2½", the bottom margin must be 1½", and the left and right margins must each be 1" from the edge of the page. On subsequent pages all margins will be no less than 1".

10.    Every paper you file, after the complaint, must have the title, docket number, section and magistrate judge number.

11.    All pleadings must be signed. A notary is not required.

12. A copy of everything you want filed, after the complaint, must be sent to the attorneys for the defendants. You must certify on the pleadings that you have done this.

13. A copy of your pleadings will not be sent back to you after filing unless you provide us with an extra copy and a stamped, self-addressed return envelope.

14. You should not correspond directly with the U. S. Magistrate Judge or U. S. District Judge about your lawsuit. All pleadings and correspondence should be addressed to the Clerk of Court.

15. Even if you are allowed to proceed as a pauper, you are not therefore eligible for free copies of pleadings. The Clerk must charge 50 cents per page for any copies you request. You must also specify what you want copied and you must furnish this office with a check at the time of your request. The amount of the check should equal the number of pages you want copied multiplied by 50 cents.

16. Your complaint and other papers will not be filed if they do not conform to these instructions. They will be returned to you with a notation showing you where they do not conform.

5/2013